AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

## APPEARANCE

Case Number:

CRIM No. 04-0300-33-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Merylina Asselin

7-12-04
Date

Signature

Daniel D. Kelly
Print Name

1500 Main St
Address

SpFld                    MA                    01103
City                     State                 Zip Code

413 732 2301
Phone Number