UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

INDICTMENT NUMBER
04CR-30033-MAP



UNITED STATES OF AMERICA

V.

MERYLINA ASSELIN

APPEARANCE OF COUNSEL

Please enter my appearance for: the defendant Merylina Asselin.

David P. Hoose, BBO# 239400
KATZ, SASSON, HOOSE AND TURNBULL
1145 Main Street
Springfield, MA  01103
(413) 732-1939
(413) 746-5767 [fax]