UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. CR-N-04-300 MAP

| | |
|---|---|
| UNITED STATES, <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| RAYMOND ASSELIN, SR., ET AL. <br> Defendant(s) | ) <br> ) |

## DISAPPEARANCE

TO: The Clerk of the above-named Court:

Please enter my Disappearance as attorney for the defendant, Merylina Asselin, in the above-styled action.

THE DEFENDANT
MERYLINA ASSELIN

By_____
Daniel D. Kelly, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 634648

### CERTIFICATE OF SERVICE

I, Daniel D. Kelly, Esq., hereby certify that on this 3rd day of August, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to all counsel of record.

Subscribed under the penalties of perjury.

_____
Daniel D. Kelly

372254