# KATZ, SASSON, HOOSE & TURNBULL
### ATTORNEYS AT LAW
1145 MAIN STREET, SUITE 304 • SPRINGFIELD, MASSACHUSETTS 01103-2148

ALAN M. KATZ
HOWARD S. SASSON
DAVID P. HOOSE
CYNTHIA J. TURNBULL*
PAULINE M. BASSETT

(413) 732-1939 • FAX NO. (413) 746-5767
E-MAIL: INFO@KSHT.TV

NORTHAMPTON OFFICE
71 KING STREET
NORTHAMPTON, MA 01060
(413) 586-4800

*Also a member of the NY Bar
JUDITH WIDEMAN, of Counsel

PLEASE RESPOND TO THE
SPRINGFIELD OFFICE

June 14, 2005

William Welch
Asst. U.S. Attorney
Department of Justice
1550 Main Street
Springfield, MA  01103

RE: United States v. Asselin

04 CR 30033-MAP

Dear Mr. Welch:

Please forgive my tardiness in the submission of this letter. Rather than make a separate request for further discovery materials, I will simply join in the requests made by Mr. Kiley on behalf of Christopher Asselin and by Mr. Lesser on behalf of Maria Serrazina.

I would like to view certain materials that are pertinent to Ms. Asselin, but I am content to put that off at this point and make the appropriate arrangements with Agent Hedges when necessary.

Thank you for your attention to this matter.

Very truly yours,

David P. Hoose

DPH/fvr
11398CR
Cc: Thomas Kiley, Esq.
    Thomas Lesser, Esq.
    Clerk, U.S. District Court