UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs.     ) | |
| ) | |
| **RAYMOND ASSELIN, SR., et al.** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO CONTINUE DATE TO FILE STATEMENT OF FACTS FOR PSR

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion requesting that the date for the Government's Statement of Facts to the U.S. Probation Office be continued to October 6, 2006. As grounds, the Government states that:

1. The facts relating to this case are complex, and it will require a considerable amount of time for the Government to compile its Statement of Facts. The Government will not be able to accurately convey the case to the U.S. Probation Office or the court without additional time.

2. The Government intends to write an omnibus Statement of Facts for all defendants. The last defendants subject to the package plea agreement are scheduled to enter their guilty pleas on September 13, 2006.

Filed this 1st day of September, 2006.

                                     Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                     United States Attorney


                                     /s/ William M. Welch II
                                     WILLIAM M. WELCH II
                                     Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                Springfield, Massachusetts
                                            September 1, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

| | |
|---|---|
| Richard M. Egbert, Esq.<br>99 Summer Street<br>Suite 1620<br>Boston, MA  02110 | Vincent A. Bongiorni, Esq.<br>95 State Street<br>Springfield, MA  01103 |
| Thomas Rooke, Esq.<br>73 Chestnut Street<br>Springfield, MA 01103 | |
| Mark Mastrioanni, Esq.<br>95 State Street<br>Springfield, MA 01103 | Roy H. Anderson, Esq.<br>Box 1420<br>Springfield, MA  01101 |
| Thomas Lesser, Esq.<br>Lesser, Newman, Souweine & Nasser<br>39 Main Street<br>Northampton, MA  01060 | Bernard Grossberg, Esq.<br>99 Summer Street<br>Suite 1800<br>Boston, MA  02110 |
| Thomas R. Kiley, Esq.<br>Cosgrove, Eisenberg & Kiley<br>1 International Place<br>Boston, MA  02110 | David P. Hoose, Esq.<br>Katz, Sasson, Hoose & Turnbull<br>1145 Main Street<br>Springfield, MA  01103 |
| Joseph Ballero, Esq.<br>99 Summer Street<br>Suite 1800<br>Boston, MA  02110 | |


                                         /s/ William M. Welch II
                                         WILLIAM M. WELCH II
                                         Assistant United States Attorney