UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30033-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| MERYLINA ASSELIN, | ) | |
| | ) | |
| Defendant. | ) | |

WAIVER OF
ANCILLARY CLAIMS, ASSIGNMENT AND
TRANSFER OF RIGHTS, AND CONSENT TO FORFEITURE

For valuable consideration, the receipt of which is hereby acknowledged, the undersigned, defendant Merylina Asselin, hereby assigns and transfers to Christopher Asselin solely for purposes of forfeiture and final disposition by this Court in this case, any and all claims, rights, and interests that she may have, now or in the future, to the following assets:

(a) 56 Stage Island Road, Chatham, Massachusetts; and

(b) 184 Bowles Park Extension, Springfield, Massachusetts,

(collectively, the "Properties").

Merylina Asselin hereby knowingly, intelligently, and voluntarily waives and releases any and all claims and rights that she may have to contest the forfeiture of the Properties in this case.

Merylina Asselin hereby consents to the forfeiture to the United States, or other disposition pursuant to the orders of this Court, of the Properties.

Merylina Asselin hereby agrees to assist in delivering, transferring, and conveying clear title to, the Properties to the United States or to such other person as this Court may determine should receive such clear title, recognizing that such assistance may include, and may not be limited to, executing any further documents deemed necessary by this Court or by the U.S. Attorney's Office for the District of Massachusetts. Merylina Asselin agrees to perform all such acts promptly upon request.

Merylina Asselin hereby unconditionally releases, and agrees to hold harmless, the United States of America, including, but not limited to, the United States Department of Justice, the FBI, HUD, the IRS, and all of their respective officers, agents, and employees, from any and all claims, demands, damages, causes of actions or suits, of whatever kind and description and wheresoever situated, which might now or ever exist by reason of, or grow out of or affect, directly or indirectly, the restraint, seizure, forfeiture, and final disposition of the Properties.

Without limiting the generality of the foregoing, Merylina Asselin hereby knowingly, intelligently, and voluntarily waives and releases any claim that such restraint, seizure, forfeiture, and disposition violate the Fourth Amendment, the Due Process Clause or the Double Jeopardy Clause of the Fifth Amendment, or the Excessive Fines Clause of the Eighth Amendment, of the United States Constitution, or any other provision of federal or state

2

constitutional, statutory, or common law.

Merylina Asselin hereby acknowledges that she has had a full opportunity to consult with separate and competent legal counsel in connection with the execution of this document, that its provisions and legal effects have been explained to her, and that she is executing it freely and voluntarily, without coercion, duress or undue influence.

Nothing contained herein shall be construed as a conviction or admission of facts to support a deferred adjudication of guilt on the underlying criminal indictment, which is subject to a pre-trial diversion agreement filed contemporaneously with this waiver.

EXECUTED THIS ___ DAY OF _____, 2006:

_____
MERYLINA ASSELIN

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN
~~Suffolk~~, ss

   Sworn and subscribed to before me this ___ day of _____, 2006.

_____
Notary Public

My commission expires:
Apr 13, 2012



DAVID P. HOOSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 13, 2012

3