EXHIBIT A

## AGREED STATEMENT OF FACTS

1. Merylina Asselin married Christopher Asselin on July 27, 1996. Prior to marrying Christopher Asselin, Merylina Asselin lived in an apartment building in Chicopee, which was owned by Raymond Asselin, Sr.

2. After their marriage, Merylina and Christopher Asselin purchased a home at 184 Bowles Park Extension in Springfield.

3. There were substantial renovations done to the Bowles Park Extension home prior to and at about the time the Asselins moved into the home. Those renovations included a complete renovation of the kitchen and other interior renovations.

4. During the years that they lived in this home, there were several other improvements made to the home including wallpapering, painting and shelving.

5. At times, Merylina Asselin noticed that some of the workmen were SHA employees.

6. At times, tools and appliances were received by Christopher and Merylina Asselin, which Merylina Asselin now understands were the property of the SHA.

7. In 2001, Merylina and Christopher Asselin had a pool installed at their home. They paid for part of this

8

EXHIBIT A

pool themselves. Raymond Asselin, Sr. insisted on paying for the balance. Later, Merylina and Christopher Asselin had a pool heater installed. Merylina Asselin states that her husband received the invoice for the pool heater, but acknowledges that she did not write a check to pay for this heater when she learned about the invoice.

8. Merylina Asselin was under the impression that her father in law was a very wealthy man, and that he could afford the things that she had received from him. Whenever she questioned why, her father in law insisted on paying for things, she was told that they could afford it, and that this was how Mr. and Mrs. Asselin wished to spend their money. She now knows and acknowledges that the home improvement materials, appliances and tools, as well as the labor, came from the SHA, and that she should have been more diligent in ascertaining their true source at the time they were provided.